**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                          Case No. 6:14-bk-11675-CCJ
**Bryan Knapp**
**Melissa Knapp**                         Chapter 13

          **Debtors.**
_____/

**MOTION TO MODIFY ORDER CONFIRMING CHAPTER 13 PLAN**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

PURSUANT TO LOCAL RULE 2002-04, THE COURT WILL CONSIDER THIS MOTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT THE UNITED BANKRUPTCY COURT, GEORGE C. YOUNG FEDERAL COURTHOUSE, 400 W. WASHINGTON ST., STE 5100, ORLANDO, FL 32801, AND SERVE A COPY ON THE MOVANTS' ATTORNEY, JOEL L. GROSS, ESQ. 655 WEST HIGHWAY 50, SUITE 101, CLERMONT, FLORIDA 34711.

IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUIRED IN THE PAPER AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE RELIEF REQUESTED.

        COME NOW the Debtors, Bryan Knapp and Melissa Knapp, by and through the undersigned attorney, and file this Motion to Modify Order Confirming Chapter 13 Plan, and in support of thereof states the following:

1. The Order Confirming Chapter 13 Plan was entered in this case on April 30, 2015.
2. The Chapter 13 Trustee filed Motion to Dismiss for Failure to Maintain Timely Plan Payments (Doc. No. 38).
3. The reason for the Debtors' payment delinquency is that the Debtors had made an error and thought they had made December's payment, which put them behind.
4. The plan will be modified pursuant to the attached spreadsheet (Exhibit A).
5. No creditors will be prejudiced by this modification.
6. By this Motion, the undersigned counsel for the Debtors seeks attorney's fees for the modification work in the amount of seven hundred and fifty dollars ($750.00) which shall be paid through the Debtors' modified plan.

7. The Debtors' general unsecured creditors are receiving no less under this proposal than they were to receive under the Confirmed Plan. Per Laurie Weatherford's website the percentage of distribution received by the unsecured claim holders is 5%.

8. The Debtors propose that all of the terms and conditions of the Order Confirming Chapter 13 Plan shall remain the same.

WHEREFORE, the Debtors respectfully requests this Honorable Court grant this Motion to Modify Order Confirming Chapter 13 Plan, and pray the court will:

 a. Grant this motion and enter an Order modifying the Order Confirming Chapter 13 Plan as proposed herein;

 b. Grant such other and further relief as the Court deems appropriate.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Motion to Modify Order Confirming Chapter 13 Plan has been served electronically, and when appropriate by regular United States Mail, to the all creditors listed on the Clerk's mailing list dated this 11th day of February, 2016.

/s/ Joel L. Gross, Esq.
Joel. L. Gross Esq.
FBN 419796
The Law Office of Joel L. Gross, P.A.
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288 Phone
(352) 536-2452 Fax
jlgpa@cfl.rr.com