IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  Case No.: 6:14-bk-11675-CCJ
Bryan Knapp  Chapter 13
Melissa Knapp

Debtors.
_____/

## NOTICE OF CONVERSION OF CHAPTER 13 TO CHAPTER 7 CASE

NOTICE IS HEREBY GIVEN that the Debtors, Bryan Knapp and Melissa Knapp, shall convert this Chapter 13 Petition to Chapter 7 and hereby file notice of same with the United States Bankruptcy Court.

Signature: _____ Date: 8-3-16
Bryan Knapp, Debtor

Signature: _____ Date: 8-3-16
Melissa Knapp, Joint Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Conversion has been furnished electronically and when appropriate by regular United States Mail to: Chapter 13 Trustee, Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790, and to all Creditors listed on the attached Court's mailing matrix dated this the 8th day of August, 2016.

/s/ Joel L. Gross
The Law Office of Joel L. Gross, P.A.
Joel L. Gross, Esq.
Fl. Bar No.: 419796
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288 Phone
(352) 536-2452 Fax
jlgpa@cfl.rr.com